IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS THOMAS,<br><br>        Plaintiff,<br><br>   v.<br><br>IMAM ABDUL MALIK SAAFIR, et al.,<br><br>        Defendants.<br>_____ | No. C 06-0184 MMC (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**<br><br>(Docket No. 40) |

Good cause appearing, plaintiff's request for an extension of time in which to file an opposition to defendants' motion for summary judgment, to and including **July 24, 2007**, is GRANTED. As the motion for summary judgment was filed on November 27, 2006, and the extension of time ordered herein will allow plaintiff nearly eight months in which to prepare and file his opposition, no further extensions of time will be granted. Respondent shall file a reply within **14 days** of the date the opposition is filed.

This order terminates Docket No. 40.

IT IS SO ORDERED.

DATED: July 3, 2007

_____
MAXINE M. CHESNEY
United States District Judge